# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-508
_____

MALCOLM X. CROMARTY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Phillip A. Pena, Judge.

September 27, 2018

PER CURIAM.

AFFIRMED. *Parker v. State*, 18 So. 3d 555, 558-59 (Fla. 1st DCA 2008).

ROBERTS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Frank Xavier Moehrle Jr. and Amanda Stokes, Assistant Attorneys General, Tallahassee, for Appellee.